In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-08-00365-CR


 _____________________



LIONELL ANDERSON A/K/A LIONELL ANDERSON, Jr., Appellant



V.



THE STATE OF TEXAS, Appellee







On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 07-01012






MEMORANDUM OPINION


 Pursuant to a plea bargain agreement, appellant Lionell Anderson a/k/a Lionell
Anderson, Jr. pled guilty to assault on a family member. The trial court found Anderson
guilty and assessed punishment at ten years of confinement, then suspended imposition of
sentence, placed Anderson on community supervision for ten years, and assessed a $1000
fine. On June 5, 2008, the State filed a motion to revoke Anderson's community supervision.
Anderson pled "true" to three violations of the terms of the community supervision order. 
The trial court found that Anderson violated the terms of the community supervision order,
revoked Anderson's community supervision, and imposed a sentence of ten years of
confinement. 

 Anderson's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On March 12, 2009, we granted an extension of time for appellant to file a pro
se brief. We received no response from the appellant.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment. (1) 

 AFFIRMED. 


 _________________________________

 DAVID GAULTNEY Justice


Submitted on September 3, 2009

Opinion Delivered September 9, 2009 

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ. 
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.